In the Matter of the Estate of BLANCHE D. HUNTER, Deceased. CHASE MANHATTAN BANK, Respondent; JUDITH CHINELLO et al., Appellants.

Submitted November 8, 2004; decided November 18, 2004

Motion by New York Bankers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

LEONARD J. LEVENSON et al., Respondents, v JONATHAN LIPP-MAN, as Chief Administrator of the Courts, et al., Appellants.

Submitted November 15, 2004; decided November 18, 2004

Motion by New York County Lawyers' Association for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.